PHILLIP A. TALBERT
United States Attorney
JASON P. BASKETT
Special Assistant United States Attorney
1 S. Rosamond Blvd
Edwards AFB, CA
Telephone: (661) 277-4310

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:22-PO-00071-SAB |
| Plaintiff, | MOTION TO TERMINATE PROBATION AND VACATE REVIEW HEARING SET FOR NOVEMBER 1, 2022 |
| vs. | |
| MONARREZ-REYES E. JEFFREY, | |
| Defendant. | |

    On June 13, 2022, defendant Jeffrey E. Monarrez-Reyes was found guilty in Case No. 5:22-PO-00071-SAB. He was sentenced to pay a $290.00 total financial obligation. He was also sentenced to probation for a period of six months expiring on 13 December, 2022. A Review Hearing was also set for November 1, 2022 at 10:00 AM at the Bakersfield Federal Courthouse.

    On July 16, 2022, defendant's $290.00 total financial obligation was received. Also, on August 12, 2022, Edwards Air Force Base Security Forces ran a criminal background check on defendant and found that he had not committed any law violations during the period of his probation. As the defendant has paid his total financial obligation and has complied with the terms of his probation, the government moves for early termination of defendant's probation and vacation of the Review Hearing set for November 1, 2022.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date:  August 4, 2022

*/s/ Jason Baskett*
JASON BASKETT
Attorney for Plaintiff

## **ORDER**

**IT IS SO ORDERED.**  Probation for defendant Jeffrey E. Monarrez-Reyes in Case No. 5:22-PO-00071-SAB is hereby terminated, as defendant has paid the entirety of his $290.00 total financial obligation. The Review Hearing set for November 1, 2022, is also hereby vacated.

IT IS SO ORDERED.

Dated:   **August 22, 2022**

UNITED STATES MAGISTRATE JUDGE